**Order entered February 19, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01626-CR

**MARK EDWIN GUIDA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-63747-V**

## ORDER

The Court **REINSTATES** the appeal.

On February 9, 2015, we granted the motion of Lori Ordiway to withdraw as appellant's counsel and ordered the trial court to appoint new counsel to represent appellant. We have received the trial court's order appointing Brett Ordiway to represent appellant. Accordingly, we **DIRECT** the Clerk to list Brett Ordiway as appellant's appointed attorney of record.

The record is due in this appeal by April 3, 2015. Appellant's brief will be due in accordance with Texas Rule of Appellate Procedure 38.6(a).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Brett Ordiway and the Dallas County District Attorney's Office.


/s/     LANA MYERS
        JUSTICE